# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ML, INC.,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>IronX, Inc.<br><br>　　　　　　Respondent. | Docket No.: 1:23-cv-10068-LAP |

## DEFAULT JUDGMENT

This action having been commenced on November 15, 2023, by the filing of the Summons, and Petition to Confirm Arbitration Award, and a copy of the Summons and Petition to Confirm Arbitration Award having been served on the Respondent, IronX, Inc. ("IronX"), on December 11, 2023, by personal service on Respondent's agent for service, Jessica Littler, at Respondent's place of business, and Respondent having been defaulted on February 5, 2024, for failing to respond to the Summons and Complaint, and the Petitioner, ML, Inc. ("ML"), having moved for a default judgment pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, Local Rule 55.2(a) of the Civil Rules for the Southern District of New York, and the Individual Practices of Judge Loretta A. Preska, based on Respondent's failure to answer or otherwise move with respect to the Petition seeking to confirm, pursuant to Title 9 U.S.C. Section 9 of the Federal Arbitration Act ("FAA"), the Arbitration Award of the International Centre for Dispute Resolution and enter a money judgment in favor of Petitioner against Respondent pursuant to the FAA, it is hereby,

ORDERED, ADJUDGED, AND DECREED, that Petitioner is granted a Judgment by Default on its Petition to Confirm the Award; and, it is further,

ORDERED, ADJUDGED, AND DECREED, that the Award, is confirmed; and, it is further,

ORDERED, ADJUDGED, AND DECREED, that ML shall have judgment against IronX, for the sum of $345,677.97 in compensatory damages for breach of contract, plus interest at the rate of 9% per annum accruing from the date of July 11, 2022, through and including the date that this application default judgment was filed in the amount of $54,636.06; and, it is further,

ORDERED, ADJUDGED AND DECREED, that ML shall have judgment against IronX, for the sum of $15,743.75 in arbitrator's compensation, plus interest at the rate of 9% per annum accruing from the date of August 8, 2023, through and including the date that this application for default judgment was filed in the amount of $962.74; and, it is further,

ORDERED, ADJUDGED, AND DECREED, this case is closed.

Dated: New York, New York
      May 7, 2024

*Loretta A. Preska*

LORETTA A. PRESKA, U.S.D.J.